UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY COOK, <br>     Plaintiff, <br> v. <br> JOSE DOE, et al., <br>     Defendants. | Case No. 21-cv-01720-EMC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Docket No. 8 |

Pending before the Court is Magistrate Judge Jacqueline Scott Corley's Report and Recommendation ("Report") to dismiss this action for failure to state a claim and lack of subject-matter jurisdiction. *See* Docket No. 8.

On March 11, 2021, *pro se* Plaintiff Cindy Cook filed a complaint alleging violations of several civil rights statutes against Jose Doe and Ellen Doe, the property managers of the apartment complex in which she used to reside. *See* Docket No. 1. Magistrate Judge Corley granted Ms. Cook's application to proceed *in forma pauperis* and, after reviewing her complaint for "minimal legal viability" pursuant to 28 U.S.C. § 1915, issued a screening order outlining why Ms. Cook's complaint failed to state a claim. *See* Docket No. 4, 6. Ms. Cook then filed the pending amended complaint ("Am. Compl."). *See* Docket No. 7.

Judge Corley reviewed the amended complaint and found that it also failed to state a claim. Report at 3. Ms. Cook's Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112, claim is not viable because residential apartments are not places of public accommodation. *Id.* at 3–4. Ms. Cook also failed to state a claim under 42 U.S.C § 1983 because she did not allege a constitutional violation by a government actor. *Id.* at 4. Ms. Cook's claims under the Elder Justice Act of 2009,

42 U.S.C. § 1397j, and mail and theft statutes, 18 U.S.C. §§ 1701, 1708, are unavailing because those statutes do not provide for a private right of action. *Id*. at 4–5. Finally, Ms. Cook's unlawful eviction claim must be brought under California state law. *Id.* at 5. Accordingly, Judge Corley recommends this Court dismiss Ms. Cook's federal claims and decline to exercise supplemental jurisdiction over her state law claim. *Id.*

The Report was issued and served on May 17, 2021. Ms. Cook's objections to the Report were due May 31, 2021, fourteen days after the Report was posted on the electronic case filing system. Ms. Cook has not submitted an objection to the Report. The Court has reviewed Judge Corley's Report and finds it correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, the Court **DISMISSES** Ms. Cook's federal claims with prejudice and **DECLINES** to exercise supplemental jurisdiction over her state law claim.

This order disposes of Docket No. 8. The Clerk of the Court is instructed to issue a judgment and close the case.

**IT IS SO ORDERED**.

Dated: June 15, 2021

_____
EDWARD M. CHEN
United States District Judge